FILED
July 1, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                          )  Case No. 2:16-mj-00127-EFB
        Plaintiff, )
v. )
                                          )  ORDER FOR RELEASE OF
HILBERTO AREVALOS, )  PERSON IN CUSTODY
                                          )
       Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release, HILBERTO AREVALOS, Case No. 2:16-mj-00127-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_    Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $25,000.00.

        _X_    Co-Signed Unsecured Appearance Bond

        \_\_\_\_    Secured Appearance Bond

        _X_    (Other) Conditions as stated on the record.

        \_\_\_\_    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  7/1/2016  at  2:19 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge